# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 58 MM 2016 |
|---|---|---|
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM HENRY COSBY, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2016, the Application for Stay is **DENIED**.